BEFORE THE FIRST DIVISION, JANUARY 19, 1961

No. 65049.—Bruce Duncan Co., Inc., et al. v. United States, protests 59/31932, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise consists of metal tape recorders having as an essential feature an electrical element or device, the claim of the plaintiffs was sustained.

No. 65050.—Frank P. Dow Co., Inc., and Paramount Pictures Corporation v. United States, protests 297768–K and 297770–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 62402, the claim of the plaintiffs was sustained.

No. 65051.—Ross Products, Inc. v. United States, protest 60/9863 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.